Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED ___ LODGED
___ COPY

DEC 2 0 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Arizona

_____ Division

Case No. CV-18-04829-PHX-DLR

*(to be filled in by the Clerk's Office)*

Donna Marie Dawson
_____

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Mary Ann Valdez, Personally and Professionally,
Security Title and Fidelity Title, et al
_____

Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: *(check one)*  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Donna Marie Dawson
Street Address          125 E.Guadalupe Road #131
City and County         Gilbert, Maricopa County
State and Zip Code      AZ  85234
Telephone Number        480-519-9429
E-mail Address          donnadawson7@yahoo.com

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name                            Mary Ann Valdez/Security Title, personally and professionally
    Job or Title *(if known)*    Manager
    Street Address        1528 E. Williams Field Road #102
    City and County      Gilbert, Maricopa County
    State and Zip Code   AZ  85295
    Telephone Number   480-892-1523
    E-mail Address *(if known)*  Maryann.valdez@SecurityTitle.com

Defendant No. 2
    Name                            Patti Madden/Security Title
    Job or Title *(if known)*    President
    Street Address        4722 N. 24th Street
    City and County      Phoenix, Maricopa County
    State and Zip Code   AZ 85051
    Telephone Number   602-230-6204
    E-mail Address *(if known)*  PMadden@SecurityTitle.com

Defendant No. 3
    Name                            Raymond Quirk/Fidelity National Title
    Job or Title *(if known)*    CEO
    Street Address        601 Riverside Avenue
    City and County      Jacksonville, Duval County
    State and Zip Code   Florida 32204
    Telephone Number   1-904-701-6402
    E-mail Address *(if known)*  becky.wade@fnf.com

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violation of Title VII of the Civil Rights Act of 1964 the Americans with Disabilities Act

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff,  *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.   If the plaintiff is a corporation

The plaintiff,  *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant,  *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

    b.    If the defendant is a corporation

        The defendant, *(name)*  Security Title/Fidelity National Title  , is incorporated under

        the laws of the State of *(name)*  AZ  , and has its

        principal place of business in the State of *(name)*  AZ  .

        Or is incorporated under the laws of *(foreign nation)*  AZ  ,

        and has its principal place of business in *(name)*  AZ  .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        Loss of wages promised and guaranteed by MaryAnn Valdez of Security Title for 7 years at $5,000.00 per month

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Mary Ann Valdez, manager and employee of Security Title coerced Donna Marie Dawson to leave a steady position in Scottsdale to join her in her office at Security Title. Prior to the employment Mary Ann Valdez guaranteed $5,000 per month, with immediate health insurance, with 401k to match earnings for 7 years until Valdez was ready to retire. While Dawson was out ill, illness of which Valdez understood and aware of prior to employment Valdez terminated employment. Valdez also abused Dawson while on the job, yelling that Valdez was the "queen of the office", demanding, hitting her desk with a styrofoam noodle, marking documents in red in childlike manner, placing extreme stress. Dawson left without wages and health insurance by the actions borth professionally and personally intentionally by Mary Ann Valdez

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Demand breakdown is:
$5,000 per month for 7 years wages
Pain and suffering
 Cobra insurance and reimbursement for all medical costs from termination of employment
Workmen's compensation claim based on medical/psychologial treatment currently sought

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          12/13/2018

Signature of Plaintiff          Donna Marie Dawson          *Donna Marie Dawson*
Printed Name of Plaintiff        Donna Marie Dawson

### B.     For Attorneys

Date of signing:          

Signature of Attorney          n/a
Printed Name of Attorney        
Bar Number               
Name of Law Firm           
Street Address             
State and Zip Code          
Telephone Number          
E-mail Address

EEOC Form 161-B (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Donna Dawson<br>1002 W. Cooley Dr.<br>Gilbert, AZ 85233 | From: | Phoenix District Office<br>3300 North Central Ave<br>Suite 690<br>Phoenix, AZ 85012 |
|---|---|---|---|

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **540-2018-01075** | **Jeremy Yubeta,**<br>**Supervisory Investigator** | **(602) 640-5028** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge.  It has been issued at your request.  Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge.  In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case.  Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice.  Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case.  However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.)  EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

**Elizabeth Cadle,**
**District Director**

JUN 0 6 2018

*(Date Mailed)*

Enclosures(s)

cc: **Becky Wade**
**Human Resources**
**SECURITY TITLE**
**1528 W. Williams Field Rd.**
**Gilbert, AZ 85296**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 540-2018-01075 |

| Arizona Attorney General's Office, Civil Rights Division | | and EEOC |
|---|---|---|
| *State or local Agency, if any* | | |

| Name *(indicate Mr., Ms., Mrs.)*<br>**Donna Dawson** | Home Phone *(Incl. Area Code)*<br>**(480) 519-9429** | Date of Birth<br>**1955** |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **1002 W. Cooley Dr., Gilbert, AZ 85233** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**SECURITY TITLE** | No. Employees, Members<br>**201 - 500** | Phone No. *(Include Area Code)* |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **1528 E. Williams Field Road,  Gilbert, AZ 85296** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                    Latest
                    **11-02-2017**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On or about September 5, 2017 I was hired by the above named Respondent for an Escrow Officer position.

On or about October 31, 2017 Mary Ann Valdez, Office Manager, was informed that I would not be coming into work due to experiencing complications with my disability. Mary Ann Valdez requested that I submit a doctor's note upon my return, I complied. Shortly thereafter, on or about November 2, 2017, I was terminated. I have reason to believe that I was terminated because of my disability.

I believe I was discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Jan 08, 2018** *Donna Dawson*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

Exhibit "A"

EEOC claim sent

to employer twice

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fidelity Title - Legal Dept
601 Riverside Ave
Bldg 5, 6th floor
Jacksonville, Fl 32204

9590 9402 3692 7335 5166 99

2. Article Number (Transfer from service label)
7016 3010 0000 2844 4341

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Tom Mody          ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
Tom Mody                           5-22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fidelity Title
601 Riverside Ave
Jacksonville Fla
Raymond Quick   32204

9590 9402 3430 7275 5692 83

2. Article Number (Transfer from service label)
7017 0190 0000 2055 7592

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Tom Mody          ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
Tom Mody                           6-21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt