**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donna Marie Dawson, | No. CV-18-04829-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Mary Ann Valdez, et al., | |
| Defendants. | |

At issue is Defendants' motion to dismiss. (Doc. 13.) Defendants correctly argue that Plaintiff's complaint is untimely. Plaintiff's complaint alleges a wrongful discrimination claim under Title VII of the Civil Rights Act. The Equal Employment Opportunity Commission ("EEOC") issued Plaintiff a Notice of Right to Sue Letter on June 6, 2018. The notice advised Plaintiff that if she wanted to pursue litigation she must file her lawsuit within 90 days. *See* 42 U.S.C. § 2000e-5(f)(1). Plaintiff did not file this case until December 20, 2018, which is far beyond the 90-day deadline. Plaintiff claims that the June 6, 2018 notice does not control because she filed an appeal with the EEOC in March 2019. The EEOC has authority to rescind a notice during the initial 90-day period. If the EEOC does not rescind the notice before the expiration of the initial 90-day period, then the original 90-day period controls and the EEOC may not later rescind the notice and reconsider the decision. *See Lute v. Singer Co.*, 678 F.2d 844, 846-47 (9th Cir. 1982). Plaintiff provides no evidence that the EEOC either rescinded her first notice before the

expiration of the 90-day deadline or issued a second notice that would render her complaint timely. Accordingly,

**IT IS ORDERED** that Defendant's motion to dismiss (Doc. 13) is **GRANTED**. The Clerk of the Court shall enter judgment accordingly and terminate this case.

Dated this 13th day of May, 2019.

Douglas L. Rayes
United States District Judge